FILED

2009 JUL -9 PM 1: 48

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

1  The Palmer Firm, P.C.
2  Miruna Mihai, 250696
   mmihai@lawfirmld.com
3  11690 Pacific Ave, Suite 110
   Fontana, CA 92337
4  Telephone: (909)581-7348
   Facsimile: (909)581-7348
5
6  The Seideman Law Firm, P.C.
   Gregory M. Fitzgerald, SBN 153082
7  gfitzgerald@seidlaw.com
   Ronald L. Reich, SBN 246320
8  rreich@lawfirmld.com
9  11690 Pacific Ave., Suite 110
   Fontana, CA 92337
10 Telephone: (909)581-7348
   Facsimile: (909)581-7348
11
   Attorneys for Plaintiff, Wesley Mark
12
13
14              UNITED STATES DISTRICT COURT
15        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
16
17                          ED  CV Case No: 09 - 01302  VAP
                                                          (DTBx)
18 Wesley Mark,                    )  COMPLAINT FOR:
                                   )
19 Plaintiff,                      )  VIOLATIONS OF THE FAIR
        vs.                        )  DEBT COLLECTION AND
20                                 )  PRACTICES ACT
   LVNV Funding LLC, Law Offices   )
21 of Branchfeld & Associates,     )
   P.C., and Meridian Management   )  JURY TRIAL DEMANDED
22 Solutions, LLC,                 )
                                   )
23                                 )
                                   )
24 Defendants.                     )
                                   )
25 _____  )
26
27
28

                              1
                          Complaint

COPY





**JURISDICTION**

1.  Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2.  This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") by this Defendant and its agents in its illegal efforts to collect a consumer debt from Plaintiff.

3.  Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

**PARTIES**

4.  Plaintiff  Wesley Mark is a natural person who resides in the City of Rancho Cucamonga, County of San Bernardino, State of California, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5.  Defendant LVNV Funding LLC is a collection agency operating from an address of 1209 Orange Street, Wilmington, DE 19801 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

6.  Defendant Law Offices of Brachfeld & Associates, P.C. (hereinafter "Brachfeld & Associates") is a collection law firm operating from an address of 20300 S. Vermont Ave. #120,

2

Complaint

Torrance, CA 90502 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

7. Defendant Meridian Management Solutions, LLC is a collection agency operating from an address of 20300 S. Vermont Ave. #120, Torrance, CA 90502 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Sometime prior to 2008, Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5), namely, a credit card debt from Washington Mutual Bank in the approximate amount of $20.243.02, which was used by Plaintiff for personal, family and household purchases.

9. On or about January 23, 2007, Plaintiff, in an effort to solve his debt problems, retained the services of the Palmer Firm, P.C., a law firm that specializes in providing assistance to people struggling with consumer debt issues in an effort to avoid bankruptcy. Plaintiff hired the Palmer Law Firm, P.C. to negotiate with his creditors and settle his debts on his behalf.

10. It is alleged and believed that Washington Mutual Bank sold its interest in Plaintiff's Washington Mutual Bank credit

3

card account to Defendant LVNV Funding LLC and Defendant LVNV Funding LLC assigned the debt to Brachfeld & Associates and Meridian Management Solutions, LLC for collection.

11. On or about June 7, 2008, with the Palmer Firm acting as his agent, Plaintiff reached an agreement with Brachfeld & Associates and Meridian Management Solutions, LLC to settle the account for $4.047.22. Under the terms of this agreement, the total $4.047.22 had to be paid by June 15, 2008. A letter evidencing this agreement is attached as Exhibit "A".

12. On or about June 9, 2008, the Palmer Firm issued a phone check in the amount of $4.047.22 to "Brachfeld & Associates." A copy of this check is attached as Exhibit "B".

13. The check subsequently cleared and was deposited into Brachfeld & Associates' bank account.

14. On or about July 25, 2008 Defendant Brachfeld & Associates filed a lawsuit in the Superior Court of California on behalf of LVNV Funding LLC against Plaintiff seeking $18,700.84 in damages. A copy of this lawsuit is attached as Exhibit "C". The lawsuit was served on Plaintiff on or about September 16, 2008 and dismissed without prejudice on September 19, 2008.

15. After the dismissal was filed, representatives from Brachfeld & Associates and Meridian Management Solutions, LLC continued to call Plaintiff multiple times in an effort to collect the debt.    Plaintiff also received numerous collection letters from Brachfeld & Associates and Meridian Management Solutions, LLC.

16. The above-described collection communications made to Plaintiff by Defendants LVNV Funding, Brachfeld & Associates, Meridian Management Solutions, LLC and their collection employees were made in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692f(1), 1692c(5), 1692d(5), 16929c(C), and 1692c(a)(2).

17. During its collection communications, Defendants and these individual debt collectors employed by Defendants repeatedly failed to provide Plaintiffs with the notices required by 15 U.S.C. § 1692e(11), in violation of the FDCPA.

18. The above-detailed conduct by these Defendants of harassing Plaintiff in an effort to collect this debt was a violation of numerous and multiple provisions of the FDCPA, including but not limited to all of the above mentioned provisions of the FDCPA.

19. Defendants' illegal abusive collection communications as more fully described above were the direct and proximate cause of severe emotional distress on the part of Plaintiff and caused her unnecessary personal strain.

20. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendants' in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, amongst other negative emotions, as well as suffering from unjustified and abusive invasions of personal privacy.

### *Respondeat Superior Liability*

21. The acts and omissions of Defendants LVNV Funding LLC, Brachfeld & Associates, Meridian Management Solutions, LLC and the other debt collectors employed as an agents by them who communicated with Plaintiff as more further described herein, were committed within the time and space limits of their agency relationship with the principals, LVNV Funding LLC, Brachfeld & Associates and Meridian Management Solutions, LLC.

22. The acts and omissions by Defendants and the other debt collectors were incidental to, or of the same general nature as, the responsibilities these agents were authorized to perform by Defendants in collecting consumer debts.

23. By committing these acts and omissions against Plaintiffs, these other debt collectors were motivated to benefit its principals, LVNV Funding LLC, Brachfeld & Associates, and Meridian Management Solutions, LLC.

24. Defendants are therefore liable to Plaintiff through the Doctrine of Respondeat Superior for the intentional and negligent acts, errors, and omissions done in violation of state and federal law by its collection employee, including but not limited to violations of the FDCPA and California tort law, in the employee's attempt to collect this debt from Plaintiff.

**TRIAL BY JURY**

25. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.  US Const. amend. 7.  Fed.R.Civ.P. 38.

**CAUSE OF ACTION**

**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §
1692 et seq.**

26. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

27. The foregoing acts and omissions of each and every Defendant and their agents constitute numerous and multiple

violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to this Plaintiff.

28. As a result of each and every one Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs pray that judgment be entered against each and every Defendant:

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against each and every Defendant and for each Plaintiff;

- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant.

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant and for Plaintiff;

Dated:   June 9, 2009

Ronald L. Reich
Attorney for
Plaintiff,
Wesley Mark

Complaint

# EXHIBIT A



RE: 418558203220450/ Washington Mutual

File: 10031037

| | |
|---|---|
| Principal: | $18,700.84 |
| Interest: | $ 1,542.18 |
| Costs: | $ |
| Balance due: | $20,243.02 |

Dear Mark Wesley,

This letter shall serve to confirm that our client has agreed to settle the above referenced account for a final payment of $4,047.22. Your payment must be received on or before June 15, 2008.

Upon receipt of good funds we will consider this account resolved. In addition to that we will contact our client to reflect paid status on the credit report. If payment is not received within the agreed upon date, or actually made plus interest.

Please send all overnights to:          Brachfeld & Associates
                                        800 W Sam Houston Pkwy S. #200
                                        Houston, Texas 77042

Very truly yours,

Natasha Tryon
Manager of Operations

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# EXHIBIT B

Date:   06/09/2008

Client:  Wesley Mark
Account Number: 4185.5582.0322.0450

**QUESTIONS?  Please call the Creditor Services Department at (909) 982-5333**

The Palmer Law Firm                                                                                  **20726**
900 N. Zang Blvd.                                                            Date    06/09/2008
Dallas, TX 75208
Client:  Wesley Mark
Account Number: 4185.5582.0322.0450

**Pay To The Order Of:**   Brachfield & Associates                          | **4,047.22** |

FOUR-THOUSAND FORTY-SEVEN AND 22/100************************************************************************

Colonial Bank
6021 PRESTON RD
FRISCO, TX 75034

SIGNATURE NOT REQUIRED

The maker has authorized this draft to Payee.  Payee and
Maker to hold you harmless for payment of this authorized
draft.  This draft shall be deposited only to credit of payee.
The absence of an endorsement is guaranteed.

This check is tendered in accordance with the attached
Settlement Agreement dated ___/___/___.  If you cash this
check you agree that the above account is satisfied in full.

⑈20726⑈ ⑆062001319⑆ 8044829169

# EXHIBIT C

# SUMMONS
## (CITACIÓN JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO)*

WESLEY MARK,

DOES 1 TO 100, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE)*

LVNV FUNDING LLC

---

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT

JUL 2 5 2008

By ___Suzy Quintero___ Deputy

---

You have 30 CALENDAR DAYS after this summons is served on you to file a typewritten response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión de abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos in fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogadas locales.*

---

The name and address of the court is: *(El nombre y dirección de la corte es)*
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN BERNARDINO-RANCHO CUCAMONGA DISTRICT
LIMITED CIVIL
8303 North Haven Avenue
RANCHO CUCAMONGA, CA 91730

CASE NUMBER:
*(Número del Caso)* **CIVRS 807485**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*
Erica L. Brachfeld, Esq. S.B.N. 166083    888-836-2120
Law Offices of Brachfeld & Associates, P.C.
20300 S Vermont Ave Suite 120
Torrance, Ca 90502-1338

DATE:    JUL 25 2008    Clerk, by ___Suzy Quintero___, Deputy
*(Fecha)*            *(Secretario)*            *(Adjunto)*

For proof of service of this summons, use Proof of Service of Summons (form POS-010).
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)*

---

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (individual)
   [ ] other:
4. [ ] by personal delivery on *(date):*

---

Form Adopted for Mandatory Use
Judicial Council of California

**SUMMONS**

Code of Civil Procedure §§
412.20, 465

01/14/2009  16:37  +                      ANENBERG                              PAGE  02/06

982.1(20)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>Erica L. Brachfeld, Esq., S.B.N. 180683<br>Law Offices of Brachfeld & Associates, P.C.<br>20300 S Vermont Ave Suite 120<br>Torrance, Ca 90502-1338 | **FOR COURT USE ONLY** |
|---|---|
| TELEPHONE NO:   888/856-2120        FAX NO. *(Optional)*: 310/273-9867<br>E-MAIL ADDRESS<br>*(Optional)*:        Plaintiff<br>ATTORNEY FOR *(Name)*: | **F I L E D**<br>SUPERIOR COURT<br>COUNTY OF SAN BERNARDINO<br>RANCHO CUCAMONGA DISTRICT<br><br>JUL 2 5 2008<br><br>By: ~~Sugey Quintero~~ Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO<br>STREET ADDRESS:      8303 North Haven Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:   RANCHO CUCAMONGA, CA 91730<br>BRANCH NAME:        RANCHO CUCAMONGA DISTRICT | |
| PLAINTIFF: LVNV FUNDING LLC | |
| DEFENDANT: WESLEY MARK, | |
| ⊠ DOES 1 TO 100, INCLUSIVE | |
| **CONTRACT**<br>⊠ **COMPLAINT**      ☐ **AMENDED COMPLAINT *(Number)*:**<br>☐ **CROSS-COMPLAINT**  ☐ **AMENDED CROSS-COMPLAINT *(Number)*:** | |
| Jurisdiction *(check all that apply)*:<br>⊠ **ACTION IS A LIMITED CIVIL CASE**<br>**Amount demanded**    ☐ **does not exceed $10,000**<br>                ⊠ **exceeds $10,000, but does not exceed $25,000**<br>☐ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**<br>  ☐ **from limited to unlimited**<br>  ☐ **from unlimited to limited** | CASE NUMBER:<br><br>CIVRS  8 0 7 4 8 5 |

1. PLAINTIFF* (names) LVNV FUNDING LLC
   alleges causes of action against DEFENDANT* *(names)*: WESLEY MARK,
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult ⊠ except plaintiff (name) LVNV FUNDING LLC
       (1) ⊠ a corporation qualified to do business in California
       (2) ☐ an unincorporated entity *(describe)*:
       (3) ☐ other *(specify)*:
   b. ☐ Plaintiff *(name)*:
       a.   ☐ has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:
       b.   ☐ has complied with all licensing requirements as a licensed *(specify)*:
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3c.
4. a. Each defendant named above is a natural person
       ☐ except defendant *(name)*:                           ☐ except defendant *(name)*:
         (1) ☐ a business organization, form unknown.            (1) ☐ a business organization, form unknown.
         (2) ☐ a corporation                                     (2) ☐ a corporation
         (3) ☐ an unincorporated entity *(describe)*:            (3) ☐ an unincorporated entity *(describe)*:
         (4) ☐ a public entity *(describe)*:                     (4) ☐ a public entity *(describe)*:
         (5) ☐ other *(specify)*:                                (5) ☐ other *(specify)*:

* If this form is used as a cross-complaint, plaintiff means cross-complaint and defendant.        Code of Civ. Proc.,
                                                                                                    §425.12

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007]                      **COMPLAINT—Contract**                      American LegalNet, Inc.<br>www.USCourtForms.com

01/14/2009  16:37    +                               ANENBERG                                    PAGE  03/06

| SHORT TITLE LVNV FUNDING LLC  VS.  WESLEY MARK, ET AL. | CASE NUMBER: |
|---|---|

**COMPLAINT—Contract**

4.  *(Continued)*
    b.  The true names and capacities of defendants sued as Does are unknown to plaintiff.
    c.  ☐  Information about additional defendants who are not natural persons is contained in Complaint—Attachment 4c.
    d.  ☐  Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names):*

5.  ☐  Plaintiff is required to comply with a claims statute, and
    a.  ☐  plaintiff has complied with applicable claims statutes, or
    b.  ☐  plaintiff is excused from complying because *(specify):*

6.  a.  [   ] is [ X ] is not on a contract or installment sale for goods or services subject to Civ. Codes, § 1801 et seq. (Unruh Act).
    b.  [   ] is [ X ] is not on a conditional sales contract subject to Civ. Code, § 2981 et seq.  (Rees-Levering Motor Vehicle Sales and Finance Act).
    c.  [ X ] is [   ] is not on an obligation for goods, services, loans or extensions of credit subject to Code Civ. Proc., § 395(b).

7.  This court is the proper court because

    a. ☐ a defendant entered into the contract here.
    b. ☐ a defendant lived here when the contract was entered into.
    c. ⊠ a defendant lives here now.
    d. ☐ the contract was to be performed here.
    e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
    f. ☐  real property that is the subject of this action is located here.
    g. ⊠ other *(specify):*  CCP 395 (B)

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    ⊠ Breach of Contract
    ⊠ Common Counts
    ☐ Other *(specify):*
9.  ☐ Other allegations:

10.  **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just and equitable; and for
    a.  ⊠ damages of $16,700.84
    b.  ⊠ interest on the damages
        (1)  ⊠ according to proof
        (2)  ☐ at the rate of _____ percent per year from *(date):*
    c.  ⊠ attorney's fees
        (1)  ☐ of: $
        (2)  ⊠ according to proof.
    d.  ⊠ other *(specify):*  Such other relief as the court deems proper

11.  ⊠  The following paragraphs of this pleading are alleged on information and belief *(specify paragraph numbers):*  1, 4, 7

Date: July 5, 2008

        Erica L. Brachfeld, Esq.
        _____                                    ▸  _____
        (TYPE OR PRINT NAME)                                                       (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

01/14/2009  16:37    +                              ANENBERG                                   PAGE  04/06

| SHORT TITLE:  LVNV FUNDING LLC  VS.  WESLEY MARK, ET AL. | CASE NUMBER: |
|---|---|

| <u>FIRST</u>            CAUSE OF ACTION—Common Counts | Page THREE |
| (number) | |

ATTACHMENT TO        ☒ Complaint      ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1.    Plaintiff *(name):* LVNV FUNDING LLC

alleges that defendant *(name):* WESLEY MARK,
became indebted to      ☒ plaintiff    ☐ other *(name):*

a. ☒  within the last four years
    (1) ☒    on an open book account for money due.
    (2) ☒    because an account was stated in writing by and between plaintiff and defendant in which it was
           agreed that defendant was indebted to plaintiff.

b. ☒  within the last     ☐ two years        ☒ four years

(1) ☐  for money had and received by defendant for the use and benefit of plaintiff.

(2) ☐  for work, labor, services and materials rendered at the special instance and request of defendant and for which
    defendant promised to pay plaintiff
    ☐ the sum of $
    ☐ the reasonable value.

(3) ☐  for goods, wares and merchandise sold and delivered to defendant and for which defendant promised to pay  plaintiff
    ☐ the sum of $
    ☐ the reasonable value.

(4) ☐  for money lent by plaintiff to defendant at defendant's request.

(7) ☐  for money paid, laid out, and expended to or for defendant at defendant's special instance and request.

(8) ☒  *other (specify):*

By the terms of the said agreement(s), Plaintiff or Plaintiff's assignor, provided defendants, and each of them, with services rendered
and/or goods, wares, and merchandise and/or extension of credit at defendant's special instance and request and in consideration
thereof defendants promised to provide payment in the sum of  $18,700.84 and interest thereon which defendants and each of them
failed to provide.

CC-2.    $ _____ , which is the reasonable value, is due and unpaid despite plaintiff's demand,
    plus prejudgment interest ☐  according to proof      ☐ at the rate of _____ percent per year from *(date):*

CC-3.    ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
                ☐ of $
                ☒ according to proof.

CC-4.    ☒ Other:$18,700.84 which is fixed and agreed amount, is due and unpaid despite plaintiff's demand, plus pre-judgment interest
    according to proof.

01/14/2009 16:37 + ANENBERG PAGE 05/06

| SHORT TITLE: LVNV FUNDING LLC VS. WESLEY MARK, ET AL. | CASE NUMBER: |
|---|---|

**SECOND** (number) **CAUSE OF ACTION—Breach of Contract** Page **FOUR**

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff (name) LVNV FUNDING LLC

alleges that on or about *(date)*: Within the last four years

a ☒ written ☐ oral ☐ other *(specify)*:
agreement was made between *(name parties to agreement)*:

LVNV FUNDING LLC
AND WESLEY MARK,
☐ A copy of the agreement is attached as Exhibit A, or

☒ The essential terms of the agreement ☐ are stated in Attachment BC-1 ☒ are as follows *(specify)*:

Plaintiff, or Plaintiff's assignor, and defendants, and each of them, entered into a written agreement. By the terms of the said agreement(s), plaintiff provided defendants, and each of them, with [services rendered] and/or [goods, wares, and merchandise] and/or [extension of credit] and/or [monies paid laid out or expended] at defendant(s) request.

BC-2. On or about *(dates)*: July 31, 2007 defendant breached the agreement by
☐ the acts specified in Attachment BC-2 ☒ the following acts *(specify)*:

By the terms of the said agreement(s), Plaintiff, or Plaintiff's assignor, provided defendants, and each of them, with [services rendered] and/or [goods, wares, and merchandise] and/or [extension of credit] and/or [monies paid laid out or expended] and in consideration thereof defendants promised to provide payment in the sum of $18,700.84 and interest thereon which defendants and each of them failed to provide.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement

☐ as stated in Attachment BC-4 ☒ as follows *(specify)*:

Defendants, and each of them, caused damages by failing to provide payment due in the sum of $18,700.84 pursuant to the terms of said agreement(s). There is now due, owing and unpaid by reason thereof the principal sum of $18,700.84 plus interest according to proof.

BC-5. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
☐ of $
☒ according to proof.
BC-6. ☐ Other:

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION–Breach of Contract**

CCP 425.12
American LegalNet, Inc.
www.USCourtForms.com

01/14/2009 16:37    +                    ANENBERG                          PAGE 06/06

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT

JUL 2 5 2008

By Sugey Quintero
Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

RANCHO CUCAMONGA DISTRICT
8303 NORTH HAVEN AVENUE
RANCHO CUCAMONGA, CA  91730

CASE NO: CIVRS807482

http://www.sbcounty.gov/courts

IN RE: LVNV FUNDING -V- WESLEY MARK

NOTICE OF CASE ASSIGNMENT FOR ALL PURPOSES
NOTICE of OSC: REGARDING SERVICE OF SUMMONS AND COMPLAINT
NOTICE of OSC: REGARDING STATUS OF DEFAULT JUDGEMENT

PLEASE TAKE NOTICE, that the above-entitled case has been set for a
OSC: Status of Default Judgement and Order to Show Cause why the case
should not be dismissed for failure to serve the summons and
complaint.
Failure to appear may result in monetary sanctions and/or dismissal of
your case. THIS CASE HAS BEEN ASSIGNED TO:
JUDGE BEN T KAYASHIMA IN DEPARTMENT R12 FOR ALL PURPOSES

The Order to Show Cause regarding service of summons is set:
01/23/09 at  8:30 in Department R12. If proof of
service of summons and complaint has been filed 10 days before that
date no appearance is required at the time of the Order to Show Cause.
The Order to Show Cause Re: Status of Default Judgement is set for:
07/31/09 at  8:30 in Department R12
If Judgment is entered 10 days prior the hearing will be vacated.

TO THE PARTY SERVED: The setting of these dates DOES NOT increase the
time you have to respond to the complaint. The time for response is
clearly stated on the Summons.

A COPY OF THIS NOTICE MUST BE SERVED ON ALL DEFENDANTS
                     Tressa S. Kentner, Court Executive Officer
Date: 08/08/08                             By: SUGEY QUINTERO
-----------------------------------------------------------------------
                     CERTIFICATE OF SERVICE
I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice by:

( ) Enclosed in an envelope mailed to the interested party addressed
above, for collection and mailing this date, following ordinary
business practice.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the
counter.
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

DATE OF MAILING: 08/08/08
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 08/08/08 at Rnch Cucamonga, CA  By: SUGEY QUINTERO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

## EDCV09- 1302 VAP (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [X] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

The Palmer Firm, P.C.
Miruna Mihai, SBN 250696
11690 Pacific Ave., Suite 110
Fontana, CA 92337
Email Address: mmihai@lawfirmld.com
Telephone: 909-581-7348
Facsimile: 909-581-7348
Attorneys for Wesley Mark

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Wesley Mark<br><br>PLAINTIFF(S)<br>v.<br><br>LVNV Funding LLC, Law Offices of Brachfeld & Associates, P.C., and Meridian Management Solutions, LLC.<br><br>DEFENDANT(S). | ED CV 09 - 01302 VAP(DTBx)<br><br><br>SUMMONS |

TO:DEFENDANT(S): <u>LVNV Funding LLC, Law Offices of Brachfeld & Associates, P.C., and Meridian Management Solutions, LLC,</u>

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>The Palmer Firm, P.C.</u>, whose address is <u>11690 Pacific Ave. Suite 110, Fontana, CA 92337</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

### TERRY NAFISI

Clerk, U.S. District Court

Dated: _____ JUL - 9 2009 _____

By: _____ L. MURRAY _____
Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

ED CV 09 - 01302





# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Wesley Mark

**DEFENDANTS**
LVNV Funding LLC, Law Offices of Brachfeld & Associates, P.C. and Meridian Management Solutions, LLC

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Miruna Mihai, The Palmer Firm, P.C.
Gregory M. Fitzgerald, Ronald L. Reich, The Seideman Law Firm, P.C.
11690 Pacific Ave., Fontana, CA 92337 909-581-7310

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☑ MONEY DEMANDED IN COMPLAINT: $ 1,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. section 1692 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES: ☐400 State Reapportionment ☐410 Antitrust ☐430 Banks and Banking ☐450 Commerce/ICC Rates/etc. ☐460 Deportation ☐470 Racketeer Influenced and Corrupt Organizations ☑480 Consumer Credit ☐490 Cable/Sat TV ☐810 Selective Service ☐850 Securities/Commodities/Exchange ☐875 Customer Challenge 12 USC 3410 ☐890 Other Statutory Actions ☐891 Agricultural Act ☐892 Economic Stabilization Act ☐893 Environmental Matters ☐894 Energy Allocation Act ☐895 Freedom of Info. Act ☐900 Appeal of Fee Determination Under Equal Access to Justice ☐950 Constitutionality of State Statutes

CONTRACT: ☐110 Insurance ☐120 Marine ☐130 Miller Act ☐140 Negotiable Instrument ☐150 Recovery of Overpayment & Enforcement of Judgment ☐151 Medicare Act ☐152 Recovery of Defaulted Student Loan (Excl. Veterans) ☐153 Recovery of Overpayment of Veteran's Benefits ☐160 Stockholders' Suits ☐190 Other Contract ☐195 Contract Product Liability ☐196 Franchise
REAL PROPERTY: ☐210 Land Condemnation ☐220 Foreclosure ☐230 Rent Lease & Ejectment ☐240 Torts to Land ☐245 Tort Product Liability ☐290 All Other Real Property

TORTS PERSONAL INJURY: ☐310 Airplane ☐315 Airplane Product Liability ☐320 Assault, Libel & Slander ☐330 Fed. Employers' Liability ☐340 Marine ☐345 Marine Product Liability ☐350 Motor Vehicle ☐355 Motor Vehicle Product Liability ☐360 Other Personal Injury ☐362 Personal Injury-Med Malpractice ☐365 Personal Injury-Product Liability ☐368 Asbestos Personal Injury Product Liability
IMMIGRATION: ☐462 Naturalization Application ☐463 Habeas Corpus-Alien Detainee ☐465 Other Immigration Actions

TORTS PERSONAL PROPERTY: ☐370 Other Fraud ☐371 Truth in Lending ☐380 Other Personal Property Damage ☐385 Property Damage Product Liability
BANKRUPTCY: ☐422 Appeal 28 USC 158 ☐423 Withdrawal 28 USC 157
CIVIL RIGHTS: ☐441 Voting ☐442 Employment ☐443 Housing/Accommodations ☐444 Welfare ☐445 American with Disabilities - Employment ☐446 American with Disabilities - Other ☐440 Other Civil Rights

PRISONER PETITIONS: ☐510 Motions to Vacate Sentence Habeas Corpus ☐530 General ☐535 Death Penalty ☐540 Mandamus/Other ☐550 Civil Rights ☐555 Prison Condition
FORFEITURE/PENALTY: ☐610 Agriculture ☐620 Other Food & Drug ☐625 Drug Related Seizure of Property 21 USC 881 ☐630 Liquor Laws ☐640 R.R. & Truck ☐650 Airline Regs ☐660 Occupational Safety /Health ☐690 Other

LABOR: ☐710 Fair Labor Standards Act ☐720 Labor/Mgmt. Relations ☐730 Labor/Mgmt. Reporting & Disclosure Act ☐740 Railway Labor Act ☐790 Other Labor Litigation ☐791 Empl. Ret. Inc. Security Act
PROPERTY RIGHTS: ☐820 Copyrights ☐830 Patent ☐840 Trademark
SOCIAL SECURITY: ☐861 HIA (1395ff) ☐862 Black Lung (923) ☐863 DIWC/DIWW (405(g)) ☐864 SSID Title XVI ☐865 RSI (405(g))
FEDERAL TAX SUITS: ☐870 Taxes (U.S. Plaintiff or Defendant) ☐871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:**   Case Number: **ED CV 09 - 01302 VAP (DTBx)**
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of San Bernardino | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | LVNV Funding LLC -- State of Delaware |
| | Law Offices of Brachfeld & Associates, P.C. -- County of Los Angeles |
| | Meridian Management Solutions, LLC -- County of Los Angeles |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
      Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of San Bernardino | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Brad B.K_    Date  7-9-09

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |