| | |
|---|---|
| 1 | THE PALMER FIRM, P.C. |
| 2 | MIRUNA MIHAI (State Bar No. 250696) |
|   | mmihai@lawfirmld.com |
| 3 | 11690 Pacific Avenue, Suite 110 |
|   | Fontana, California 92337 |
| 4 | Telephone: 909-581-7348 |
|   | Facsimile:  909-581-7348 |

THE SEIDEMAN LAW FIRM, P.C.
GREGORY M. FITZGERALD (State Bar No. 153082)
gfitzgerald@seidlaw.com
11690 Pacific Avenue, Suite 110
Fontana, California 92337
Telephone: 909-581-7348
Facsimile:  909-581-7348

Attorneys for Plaintiff
  WESLEY MARK

LAW OFFICES OF BRACHFELD & ASSOCIATES
ERICA L. BRACHFELD (State Bar No. 180683)
20300 South Vermont Avenue
Torrance, CA  90502
Telephone: 310-273-7867
Facsimile: 310-273-9867
Email:  ebrachfeld@brachfeldcollections.com

Attorneys for Defendants
  LVNV FUNDING, LLC; LAW OFFICES OF
  BRACHFELD & ASSOCIATES, P.C.; MERIDIAN
  MANAGEMENT SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY MARK, | ) **Case No. CV09-01302-VAP** |
| | ) |
| Plaintiff, | ) [Assigned to the Hon. Virginia A. Phillips ] |
| | ) |
| v. | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| LVNV FUNDING LLC, LAW OFFICES | ) |
| OF BRACHFELD & ASSOCIATES, | ) F.R.C.P. 41(a)(1) |
| P.C., AND MERIDIAN | ) |
| MANAGEMENT SOLUTIONS, LLC, | ) |
| | ) |
| Defendants. | ) |

STIPULATION OF DISMISSAL WITH PREJUDICE

1 **IT IS HEREBY STIPULATED** by and between the parties to this action,
2 through their designated counsel, that the above-captioned action be and hereby is
3 dismissed <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1),
4 including all claims asserted by Plaintiff Wesley Mark against Defendants LVNV
5 Funding LLC, Law Offices of Brachfeld & Associates, P.C., and Meridian
6 Management Solutions, LLC.

Dated:  December 8, 2009

MIRUNA MIHAI

By:       */s/ Miruna Mihai*

Miruna Mihai

Attorney for Plaintiff
WESLEY MARK

Dated: December 8, 2009

LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C.
ERICA L. BRACHFELD

By:       */s/ Erica L. Brachfeld*

Erica L. Brachfeld

Attorneys for Defendants
LVNV Funding LLC,
Law Offices of Brachfeld & Associates,
Meridian Management Solutions, LLC

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE