JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY MARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LVNV FUNDING LLC, LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C., AND MERIDIAN MANAGEMENT SOLUTIONS, LLC,<br><br>　　　　Defendants. | Case No. ED CV09-01302-VAP<br><br>[Assigned to the Hon. Virginia A. Phillips]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Filed:  July 9, 2009<br>Trial Date:  None Set |

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Stipulation between Plaintiff Wesley Mark and Defendant LVNV Funding LLC, Law Offices of Brachfeld & Associates, P.C. and Meridian Management Solutions, LLC, filed on December 9, 2009, and for good cause shown,

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED** and:

1. The above captioned action be and hereby is dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: December 11, 2009

_____
Honorable Hon. Virginia A. Phillips
United States District Judge